```
 1  COOLEY GODWARD LLP
    THOMAS J. FRIEL, JR. (80065) Email: tfriel@cooley.com
 2  WAYNE O. STACY (pro hac vice) Email: wstacy@cooley.com
    EDWARD VAN GIESON (192456) Email: evangieson@cooley.com
 3  SARAH J. GUSKE (232467) Email: sguske@cooley.com
    Five Palo Alto Square
 4  3000 El Camino Real
    Palo Alto, CA  94306-2155
 5  Telephone:    (650) 843-5000
    Facsimile:    (650) 857-0663
 6
    Attorneys for Plaintiff, Counterclaim Defendant, and Counterclaimant
 7  HYPERROLL ISRAEL LTD.

 8  Attorneys for Counterclaim Defendant and Counterclaimant
    HYPERROLL, INC.
 9
    THELEN REID & PRIEST LLP
10  ROBERT E. KREBS (057526)
    RONALD F. LOPEZ (111756)
11  SUSAN VAN KEULEN (136060)
    DANIEL J. MULLER (193396)
12  225 West Santa Clara Street, Suite 1200
    San Jose, CA 95113
13  Telephone:    (408) 292-5800
    Fax:          (408) 287-8040
14
    Attorneys for Defendant, Counterclaimant and Counterclaim
15  Defendant
    HYPERION SOLUTIONS CORP.
16
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| HYPERROLL ISRAEL LTD., | Case No. 05-CV-02431-VRW |
|---|---|
| Plaintiff, Counterclaim Defendant, and Counterclaimant, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS [ADR L.R. 3-5]** |
| v. | |
| HYPERION SOLUTIONS CORP., | |
| Defendant, Counterclaimant, and Counterclaim Defendant, | |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

711548 v1/PA

1.

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
05-CV-02431-VRW

|   |   |
|---|---|
| 1 | v. |
| 2 | HYPERROLL, INC., |
| 3 |   |
| 4 | Counterclaim Defendant and Counterclaimant |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

  ____ Non-binding Arbitration (ADR L.R. 4)
  ____ Early Neutral Evaluation (ENE) (ADR L.R. 5)
  ____ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciable more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

  _X_ Private ADR Mediation (Mediator to be selected by parties)

The parties agree to hold the ADR session by:

  ____ the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

  _X_ other requested deadline 90 days from the date of the order (parties may request additional time depending upon the availability of mediator)

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

711548 v1/PA

2.

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
05-CV-02431-VRW

| | | |
|---|---|---|
| 1 | Dated: September 27, 2005 | COOLEY GODWARD LLP<br>WAYNE O. STACY (*pro hac vice*) |
| 2 | | |
| 3 | | |
| 4 | | _____<br>Wayne O. Stacy |
| 5 | | Attorneys for Plaintiff, Counterclaim Defendant,<br>and Counterclaimant |
| 6 | | HYPERROLL ISRAEL LTD. |
| 7 | Dated: September 27, 2005 | COOLEY GODWARD LLP<br>WAYNE O. STACY (*pro hac vice*) |
| 8 | | |
| 9 | | |
| 10 | | _____<br>Wayne O. Stacy |
| 11 | | Attorneys for Counterclaim Defendant and<br>Counterclaimant<br>HYPERROLL, INC. |
| 12 | Dated: September 27, 2005 | THELEN REID & PRIEST LLP<br>RONALD F. LOPEZ (111756) |
| 13 | | |
| 15 | | _____<br>Ronald F. Lopez |
| 16 | | Attorneys for Defendant, Counterclaimant, and<br>Counterclaim Defendant |
| 17 | | HYPERION SOLUTIONS CORP. |

Filer's Attestation: Pursuant to General Order No. 45, Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

Dated: 09/28/05   _____

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

711548 v1/PA

3.

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
05-CV-02431-VRW

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    ___ Non-binding Arbitration
    ___ Early Neutral Evaluation (ENE)
    ___ Mediation
    _X_ Private ADR (Mediation – Mediator to be selected by parties)

Deadline for ADR session
    ___ 90 days from the date of this order
    _X_ other (at least 90 days from date of this order; parties may request additional time depending upon availability of mediator)

IT IS SO ORDERED.

Dated: _____

_____
Vaughn R. Walker
United States District Court Chief Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; signature stamp: Judge Vaughn R Walker]*

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

711548 v1/PA

4.

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
05-CV-02431-VRW